■ In the Matter of WILLIAM STEELE, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [988 NYS2d 515]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered January 30, 2014) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Centra, J.P., Fahey, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. ROBINSON, Appellant. [988 NYS2d 516]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered June 7, 2013. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of rape in the first degree (Penal Law § 130.35 [3]). Although defendant did not waive the right to appeal and thus his challenge to the severity of the sentence is properly before us (see generally People v Lopez, 6 NY3d 248, 255 [2006]; People v Hidalgo, 91 NY2d 733, 737 [1998]), we nevertheless conclude that the sentence is not unduly harsh or severe. Present—Centra, J.P., Fahey, Carni, Lindley and Valentino, JJ.